# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

COLLIE ANDERSON,
        Petitioner,

                              Case No. 15-12464
    v.                      HON. TERRENCE G. BERG

SHANE PLACE,
        Respondent.
_____/

## ORDER DENYING MOTION FOR WRIT RETURN IN PERSON

The Court has before it Michigan prisoner Collie Anderson's "Motion for Writ Return in Person" concerning his habeas petition filed pursuant to 28 U.S.C. § 2254. The Court, however, previously dismissed the petition without prejudice on October 19, 2015 for failure to correct a filing fee deficiency. Petitioner's motion is therefore moot. Accordingly, the Court **DENIES** Petitioner's "Motion for Writ Return in Person." This case is **CLOSED**.

//

//

//

//

//

//

Should Petitioner wish to proceed with a federal habeas action, he must submit a new habeas petition, along with payment of the filing fee or an *in forma pauperis* application.

**SO ORDERED.**

Dated: October 27, 2015                            s/Terrence G. Berg
                                                   TERRENCE G. BERG
                                                   UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on October 27, 2015, using the CM/ECF system; a copy of this Order was also mailed to the Baraga Maximum Correctional Facility, 13924 Wadaga Rd., Baraga, MI 49908 directed to Petitioner's attention.

                                                   s/K. Winslow
                                                   Case Manager Generalist